UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
19-cv-01663 (JRT/HB)

PASCAL NIZIGIHIMANA,

      Petitioner,

v.                                            **ORDER**

KRISTJEN NIELSEN[1], Secretary Homeland
Security; WILLIAM BARR, Attorney
General; PETER BERG, ICE Field Office
Director; JOEL BROTT, Sherburne
County Sheriff,

      Respondents.

Respondents, having agreed to the immediate release of Petitioner Pascal Nizigihimana (Petitioner) on an order of supervision with conditions pursuant to its regulations, 8 C.F.R. §241.5,

IT IS THEREFORE HEREBY ORDERED

This pro se habeas action is dismissed without prejudice and the matter is remanded to Immigration and Customs Enforcement for the immediate release of Petitioner from immigration detention pursuant to an order of supervision with conditions pursuant to 8 C.F.R. §241.5

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 23, 2019          _____s/John R. Tunheim_____
                                                   JOHN R. TUNHEIM
                                                     Chief Judge
                                              United States District Court

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kevin K. McAleenan, Acting Secretary of Homeland Security, is automatically substituted as a party in place of Kirstjen Nielsen.